# Court of Appeals
# of the State of Georgia

ATLANTA, July 09, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1590. AGHEDO PIUS IYAMU et al v. JUN ZHENG.

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling, defendant Aghedo Pius Iyamu appealed to the superior court, which entered a writ of possession in favor of the plaintiff. Iyamu and several non-parties then filed this direct appeal. We, however, lack jurisdiction.

Because the appeal to this Court is from the decision of a superior court reviewing de novo the decision of a magistrate court, Iyamu was required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Iyamu's failure to file a discretionary application deprives us of jurisdiction over this appeal, which is hereby DISMISSED. The plaintiff-appellee's motion to dismiss is DENIED as moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/09/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*